UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES
CORP., an Ohio corporation,

        Plaintiff,

                                        Case No. 10-CV-10491

v.

                                        HON. GEORGE CARAM STEEH

WESTBORN COLLISION CITY, INC.,
a Michigan corporation, and
KHALIL SAAD, an individual,

        Defendants.

_____/

ORDER GRANTING IN PART AND DENYING IN PART
<u>PLAINTIFF'S MOTION FOR CONTEMPT</u>

On December 15, 2010, the court conducted its show cause hearing as to why

the court should not grant plaintiff's motion for contempt. Defendant Khalil Saad

appeared at the hearing. For the reasons stated on the record, defendant Saad is

ordered to appear for a creditor's examination to be conducted in this court on

December 22, 2010 at 10:00 a.m. Defendant Saad is ordered to appear with all

documents required by the subpoena duces tecum. Failure to appear will result in the

issuance of a bench warrant for defendant Saad's arrest.

Dated: December 15, 2010

                                    <u>S/George Caram Steeh</u>
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
to Khalil Saad on
December 15, 2010, by personal service.

S/Josephine Chaffee
Deputy Clerk